IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHLEY MASON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-6220 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Ashley Mason seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

   Plaintiff did not complete the application and left several pages blank. This matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a completed IFP application.

   An appropriate order follows.


**October 20, 2016**　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　Chief U.S. District Judge